-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CARMEN BENITEZ,

        Plaintiff,

    -v-                                  06-CV-6162T(Fe)
                                        **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

---

    Plaintiff has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has met the statutory requirements. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.

    The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendant without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

    **SO ORDERED.**

                                            S/ Michael A. Telesca

                                    _____
                                        MICHAEL A. TELESCA
                                  United States District Judge

Dated:    March 23, 2006
            Rochester, New York